**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7464**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ANTWOYNE L. WYATT,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:03-cr-00173-HEH-1)

———————

Submitted:  January 23, 2014          Decided:  January 27, 2014

———————

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Antwoyne L. Wyatt, Appellant Pro Se.  Stephen Wiley Miller,
Roderick Charles Young, Assistant United States Attorneys,
Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwoyne L. Wyatt appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wyatt, No. 3:03-cr-00173-HEH-1 (E.D. Va. Aug. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED